In the Matter of Acquiring Title by the COUNTY OF NASSAU to an Easement in Perpetuity for Highway Purposes in and over Certain Portions of McNeil Avenue from Broadway, Lawrence, Southerly to Atlantic Beach Bridge, a County Road in the Town of Hempstead, County of Nassau and State of New York, Duly Selected by the Board of Supervisors of the County of Nassau for Use of Said County as a Highway, According to Law. SAMUEL SPIEGLER, Appellant; FANNY SCHLESINGER and THE PRUDENCE COMPANY, INC., Respondents.— Order of the County Court of Nassau county directing payment of award affirmed, with ten dollars costs and disbursements. No opinion. Young, Hagarty, Carswell, Scudder and Tompkins, JJ., concur.

In the Matter of the Petition of the COUNTY OF NASSAU, Appellant, to Condemn Restrictive Covenants on Land Owned by the County of Nassau in the Village of Garden City, Nassau County, New York. SUFFOLK LANE HOMES, INC., and Another, Defendants; FRANK J. FOLEY and Others, Respondents.— Order of the County Court of Nassau county, in so far as it confirms report of commissioners in condemnation, unanimously affirmed, with one bill of costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ.

In the Matter of the Appraisal under the Transfer Tax Law of the Property of HARRIET L. DAVISON, Deceased. HAROLD M. DAVISON and Another, Executors, etc., of HARRIET L. DAVISON, Deceased, Appellants; STATE TAX COMMISSION, Respondent.— Order of the Surrogate's Court of Kings county dismissing appeal of executors from the *pro forma* order determining transfer tax unanimously affirmed, with costs, payable out of the estate. We are of opinion that the question of discrimination may not be raised, in the circumstances of this case, by the appellants who are residents of the State. (*Slaughter House Cases*, 16 Wall. 36; *Twining* v. *New Jersey*, 211 U. S. 78, 96; *Rosenthal* v. *New York*, 226 id. 260, 266; *La Tourette* v. *McMaster*, 248 id. 465, 469; *Prudential Ins. Co.* v. *Cheek*, 259 id. 530, 539.) We are also of opinion that the statute† complained of does not illegally or unconstitutionally discriminate between residents and non-residents. (*Gen. Amer. Tank Car Corp.* v. *Day*, 270 U. S. 367, 373; *Travellers' Ins. Co.* v. *Connecticut*, 185 id. 364; *Board of Education* v. *Illinois*, 203 id. 553; *Beers* v. *Glynn*, 211 id. 477, 484; *Maxwell* v. *Bugbee*, 250 id. 525, 541, 542.) Present — Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ. [137 Misc. 852.]

---

* Amdg. Gen. Mun. Law, § 76.— [REP.

† See Tax Law, § 220, subd. 4, as amd. by Laws of 1926, chap. 357, and Laws of 1928, chap. 330.— [REP.